**FILED**

10/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0553



## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0553

IN RE THE MARRIAGE OF:

MIKI ADAMS,

      Petitioner and Appellee,

                        ORDER OF MEDIATOR APPOINTMENT

  and

DIRK ADAMS,

      Respondent and Appellant.

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c), Nels Swandal was appointed as mediator on October 18, 2022. He has since declined the appointment due to a conflict of interest. Therefore, Mr. Swandal's appointment is vacated.

      IT IS ORDERED THAT **Christopher J. Gillette,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this October 19, 2022.

Bowen Greenwood, Clerk of the Supreme Court

c:    Dirk S. Adams, Jami L. Rebsom, Adrienne R. Ellington, William Nels Swandal, Christopher J. Gillette